IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00600-FL

DYMON BRYANT                           )
                                       )
                                       )
                                       )
              v.                       )      **MOTION TO WITHDRAW AND**
                                       )      **SUBSTITUTE**
SANOFI US SERVICES INC. ET AL          )
                                       )
                                       )

Plaintiff Dymon Bryant by and through undersigned counsel and pursuant to Local Rule 5.2(e), hereby moves this Court for leave to withdraw non-North Carolina attorney Latoyia Renee Adams who is no longer affiliated with Johnson Law Group and to substitute in her place Russell W. Lewis, IV of the law firm Johnson Law Group as counsel of record and lead counsel for Plaintiff. Latoyia Renee Adams is eligible to practice in Texas, but is no longer affiliated with any legal practice and cannot be located. Russell W. Lewis IV verifies that he is aware of and will comply with all pending deadlines in the case. Plaintiff resides at 8824 Tin Lizza Drive, Fayetteville, NC 28314. Plaintiff has been given notice of the relief sough herein and consents to substitution of counsel. Plaintiff's claim has been recently transferred from the District of Louisiana Eastern. The parties have conferred regarding the relief requested herein and Defendants' counsel has no opposition to this motion. The relief sough herein will not prejudice any party or affect and deadlines.

WHEREFORE, Plaintiff Dymon Bryant respectfully requests that the Court issue an Order granting its Motion to Withdraw Latoyia Renee Adams and substitute Russell W. Lewis, IV as their counsel of record and lead counsel in this matter.

Dated: November 10, 2023

Respectfully submitted,

_____/S/ Russell W. Lewis , IV_____
Russell W. Lewis , IV
Johnson Law Group
2925 Richmond Ave. #1700
Houston, TX 77098
615-200-1122
Fax: (713) 352-3095
RLewis@Johnsonlawgroup.com
TN Bar. No. 024570
Lead Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 10, 2023

*/s/ Russell W. Lewis IV*
Russell W. Lewis IV