IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00600-FL

| | | |
|---|---|---|
| DYMON BRYANT | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| SANOFI US SERVICES INC. ET AL | ) | |
| | ) | |
| | ) | |

Please take notice that the undersigned Pierce Jones hereby enters a notice of special appearance as attorney for Dymon Bryant in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Russell W. Lewis, IV.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: 12/20/2023

                                                                                                                        /s/ Pierce Jones
                                                                                                                        Pierce Jones
Johnson Law Group
2925 Richmond Ave. #1700
Houston, TX 77098
(713) 626-9336
Taxotere@Johnsonlawgroup.com
TX Bar. No. 24110061
*Attorney for Dymon Bryant*


                                                            /s/ Russell W. Lewis, IV
Russell W. Lewis, IV
Johnson Law Group
2925 Richmond Ave. #1700
Houston, TX 77098

615-200-1122
Fax: (713) 352-3095
taxotere@johnsonlawgroup.com
NC Bar. No. 60200
*Lead counsel and Local Civil Rule 83.1(d)*
*Attorney for Dymon Bryant*

CERTIFICATE OF SERVICE

      I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Cour by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Date: 12/20/2023

                                         /s/ Pierce Jones_____
                                         Pierce Jones