UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| Dymon Bryant, | ) |
| --- | --- |
| Plaintiff, | ) ) ) Case No. 5:23-cv-00600-FL |
| vs. | ) |
| Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, | ) ) ) |
| Defendants. | ) ) |

## ORDER ON MOTION TO STAY PROCEEDINGS

Having considered the Notice of Settlement between Plaintiff Dymon Bryant and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

All pending deadlines are vacated and this matter is stayed for six months, through and including October 28, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

SO ORDERED. This 8th day of May, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge